UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOWNEY DANIELS,<br><br>              Plaintiff,<br><br>      v.<br><br>C.O. MOSQUERA<br><br>              Defendant. | Case No. 1:24-cv-01594-JLT-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT (1) THIS CASE PROCEED ONLY ON PLAINTIFF'S CLAIMS FOR EXCESSIVE FORCE AND FAILURE TO PROTECT IN VIOLATION OF THE EIGHTH AMENDMENT AGAINST DEFENDANT RACQUEL MOSQUERA AND (2) ALL OF OTHER CLAIMS BE DISMISSED<br><br>(ECF Nos. 7, 8)<br><br>OBJECTIONS, IF ANY, DUE WITHIN 30 DAYS |

Plaintiff Downey Daniels is a state prisoner proceeding *pro se* in this civil rights action. (ECF No. 1). Plaintiff filed the complaint commencing this action on September 26, 2024, in California Superior Court, Kings County and Defendant removed the case to this Court on December 27, 2024, pursuant to 28 U.S.C. § 1331. (*Id.*). Plaintiff alleges Defendant Raquel Mosquera intentionally closed a hydraulic door on him as he was halfway through the door, causing "extreme pain." (ECF No. 1-1 at 8).

On January 8, 2026, the Court screened the complaint, concluding that that Plaintiff states only the following claims: excessive force and failure to protect in violation of the Eighth Amendment against Defendant Mosquera. The Court also explained why the complaint failed to state any other cognizable claims. The Court gave Plaintiff thirty days to either file (1) a

1

notice to proceed on these claims, (2) a first amended complaint; or (3) a notice to stand on his complaint and have it reviewed by a district judge.  (*Id.* at 7-8).

On February 23, 2026, Plaintiff filed a "Notice To Proceed on Cognizable Claims" stating that Plaintiff will proceed with the claims the Court found cognizable. (ECF No. 8)

As such, for the reasons set forth in the Court's screening order that was entered on January 15, 2026 (ECF No. 7), and because Plaintiff has notified the Court of the claims he wishes to proceed on (ECF No. 8), IT IS RECOMMENDED that:

1.  This case proceeds on Plaintiff's claims of excessive force and failure to protect in violation of the Eighth Amendment against Defendant Mosquera; and

2.  All other claims be dismissed with prejudice for failure to state a claim.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any objections shall be limited to no more than 15 pages, including exhibits.

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  __**February 24, 2026**__          ___/s/ Erica P. Grosjean___
UNITED STATES MAGISTRATE JUDGE