**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOWNY DANIELS,<br><br>      Plaintiff,<br><br>  v.<br><br>C.O. MOSQUERA,<br><br>      Defendant. | No. 1:24-cv-1594 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 8, 9) |

Plaintiff Downey Daniels is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 24, 2026, the assigned magistrate judge issued findings and recommendations, recommending that all claims be dismissed, except for Plaintiff's claims of excessive force and failure to protect in violation of the Eighth Amendment against Defendant Mosquera.  that Defendant Ozuna retaliated against him in violation of the First Amendment. (Doc. 9.) The findings and recommendations were served on Plaintiff, advised him that any objections were due within 30 days, and warned him that failure to timely file objections may result in the waiver of rights on appeal. (*Id*. at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections. Moreover, Plaintiff previously advised the Court that he wanted to proceed only with his excessive force and failure to protect claims against Defendant Mosquera. (Doc. 8.)

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this

1

case. After carefully reviewing the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS:**

1. The findings and recommendations issued on February 24, 2026, (Doc. 9), are **ADOPTED IN FULL.**

2. All claims are **DISMISSED**, except for Plaintiff's claim that Defendant Mosquera used excessive force against Plaintiff and failed to protect Plaintiff in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:   **April 16, 2026**

_____
UNITED STATES DISTRICT JUDGE