**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOWNEY DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>RAQUEL MOSQUERA,<br><br>Defendant. | Case No. 1:24-cv-01594 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 23) |

Downey Daniels initiated this action by filing a complaint in Kings County Superior Court. (Doc. 1-1.) Defendant removed the action to the district court, and the matter was stayed under the Court's Alternative Dispute Resolution program. After Defendant opted out of the ADR program, the Court ordered the parties to file statements regarding discovery and a proposed schedule. (Doc. 20.) However, Plaintiff refused service of the Court's order, and the U.S. Postal Service returned it as undeliverable. The Court issued a second order to Plaintiff to file his statement. (Doc. 22.) Again, Plaintiff refused the Court's mail. Although the Court attempted re-service, the Postal Service returned the order as "I/P Refused" and undeliverable. (*See* Doc. 23 at 2.)

The magistrate judge found Plaintiff failed to prosecute this action and failed to comply with the Court's orders. (Doc. 23 at 2.) The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza,*

291 F.3d 639, 642 (9th Cir. 2002). (*Id.* at 2-3.) Therefore, the magistrate judge recommended that the Court dismiss this action without prejudice. (*Id.* at 4.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 30 days. (Doc. 23 at 4.) The Court advised the parties that the failure to file timely objections may result in the waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The U.S. Postal Service returned the Court's mail to Plaintiff marked "Undeliverable, Return to Sender, Unable to Forward, REFUSED" on October 21, 2026. Despite this, service is deemed fully effective pursuant to Local Rule 182(f). Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 21, 2026 (Doc. 23) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice, for Plaintiff's failure to comply with the Court's orders and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2026

[signature]
UNITED STATES DISTRICT JUDGE